UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JOHN W. HINCKLEY, JR.   )<br>) | Criminal No. 81-0306 (PLF) |

SCHEDULING ORDER

On December 22, 2014, St. Elizabeths Hospital filed a letter pursuant to D.C. Code § 24-501(e), in which the Hospital recommended next steps in Mr. Hinckley's transition. See Dkt. No. 494. The Hospital's (e) letter remains under seal. The Court held conference calls on January 22, 2015, and again on February 6, 2015, in which counsel for the parties and counsel for St. Elizabeths Hospital participated. Based on the representations made and understandings reached during the second call, it is hereby

ORDERED that any updated risk assessment of Mr. Hinckley conducted by St. Elizabeths Hospital shall be provided to the parties and to the Court on or before March 31, 2015; it is

FURTHER ORDERED that on or before March 31, 2015, Dr. Raymond Patterson shall provide to the United States his oral report regarding the Hospital's recommendation; it is

FURTHER ORDERED that on or before April 6, 2015, Dr. Patterson shall provide his written report to the parties and to the Hospital regarding the Hospital's recommendation; it is

FURTHER ORDERED that on or before April 10, 2015, the United States shall file its response to the Hospital's recommendation; it is

FURTHER ORDERED that on or before April 17, 2015, Mr. Hinckley shall file his response to the United States' position; it is

FURTHER ORDERED that any response by St. Elizabeths Hospital to the United States' position shall be filed on or before April 17, 2015; and it is

FURTHER ORDERED that an evidentiary hearing before the Court regarding the Hospital's recommendation shall commence on April 22, 2015, in Courtroom 22A at 9:30 a.m., and shall continue daily until completed.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 2/6/15